DFC km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 00-6360 CR-DIMITROULEAS

CASE NO. _____

18 U.S.C. §371
18 U.S.C. §659
18 U.S.C. §2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
                                                    )
vs.                                              )
                                                    )
PABLO ANAYA,                          )
EDUARDO VILAHO RODRIGUEZ, )
JOSE ALBERTO MENDEZ,         )
a/k/a "Albertico,"                        )
DIORKI MEDINA,                        )
RAMON VILLARES,                    )
ALDO FERNANDEZ,                    )
YOSMANY NUNEZ,                     )
LASANDRO PEREZ,                     )
JUAN VERGARA,                         )
VICTORINO VENANCIO LOPEZ,  )
FRANCISCO ORTEGA,                 )
a/k/a "Frank,"                              )
GUILLERMO REYES,                   )
a/k/a "Billy,"                                )
ADRIANO MARTINEZ,                 )
ISMAEL ENG,                              )
a/k/a "Chino," and                        )
JOSE ENRIQUE SANCHEZ,          )
a/k/a "Ricky,"                               )
                            Defendants.    )
_____ )



## SEALED INDICTMENT

The Grand Jury charges that:



## COUNT I

1. Beginning in or about October, 1999, the exact date unknown to the Grand Jury and continuing thereafter until on or about December 3, 1999 in the Southern District of Florida and elsewhere, the defendants,

PABLO ANAYA,
EDUARDO VILAHO RODRIGUEZ,
JOSE ALBERTO MENDEZ,
a/k/a "Albertico,"
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
YOSMANY NUNEZ,
LASANDRO PEREZ,
JUAN VERGARA,
VICTORINO VENANCIO LOPEZ,
FRANCISCO ORTEGA,
a/k/a "Frank,"
GUILLERMO REYES,
a/k/a "Billy,"
ADRIANO MARTINEZ,
ISMAEL ENG,
a/k/a "Chino,"and
JOSE ENRIQUE SANCHEZ,
a/k/a "Ricky,"

knowingly and willfully combined, conspired, confederated and agreed with each other and with persons unknown to the Grand Jury to receive and possess goods and chattels of a value in excess of $1,000 which had been stolen from motor trucks and storage facilities, while said goods and chattels were moving as and were a part of an interstate shipment of freight, in violation of Title 18, United States Code, Section 659.

## OBJECT OF THE CONSPIRACY

2. It was the object of the conspiracy that the defendants would unlawfully enrich themselves by knowingly and willfully receiving and possessing goods and chattels which had been stolen from motor trucks and storage facilities and subsequently reselling them.

## MANNER AND MEANS OF THE CONSPIRACY

3. It was a part of the conspiracy that the defendants PABLO ANAYA, EDUARDO VILAHO RODRIGUEZ, JOSE ALBERTO MENDEZ, a/k/a "Albertico," DIORKI MEDINA, RAMON VILLARES, ALDO FERNANDEZ, LASANDRO PEREZ, ADRIANO MARTINEZ, YOSMANY NUNEZ, JUAN VERGARA and VICTORINO VENANCIO LOPEZ would participate in transporting stolen goods and chattels to and from warehouses located in Broward and Palm Beach Counties.

4. It was further a part of the conspiracy that the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" and ISMAEL ENG, a/k/a "Chino" would participate in securing warehouses located in Broward and Palm Beach Counties to store stolen goods and chattels.

5. It was further a part of the conspiracy that the defendants FRANCISCO ORTEGA, a/k/a "Frank," GUILLERMO REYES, a/k/a "Billy," JOSE ENRIQUE SANCHEZ, a/k/a "Ricky," and ISMAEL ENG, a/k/a "Chino" would participate in buying and selling stolen goods and chattels throughout Miami-Dade, Broward and Palm Beach Counties.

## OVERT ACTS

6. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Southern District of Florida and elsewhere:

3

(a)   On or about October 15, 1999, the defendant PABLO ANAYA transported a load of stolen Cannon toner cartridges to a warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida, Bay C-115.

. (b)   On or about October 15, 1999, the defendant JOSE ALBERTO MENDEZ, a/k/a "Albertico," helped defendant PABLO ANAYA park the truck which contained the load of stolen Cannon toner cartridges into Bay C-115 of the warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida.

(c)   On or about October 15, 1999, the defendants DIORKI MEDINA and RAMON VILLARES participated in abandoning the truck which contained the load of stolen Cannon toner cartridges.

(d)   On or about October 16, 1999, the defendants PABLO ANAYA, EDUARDO VILAHO RODRIGUEZ, JOSE ALBERTO MENDEZ, a/k/a "Albertico," DIORKI MEDINA, RAMON VILLARES, ALDO FERNANDEZ, LASANDRO PEREZ, and ADRIANO MARTINEZ participated in removing the load of stolen Cannon toner cartridges from Bay C-115 of the warehouse located at 1370 West Industrial Avenue, Boynton Beach, Florida.

(e)   On or about October 16, 1999, the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky," and ISMAEL ENG, a/k/a "Chino," received a portion of the load of stolen Cannon toner cartridges.

(f)   On or about November 6 and 7, 1999, the defendants YOSMANY NUNEZ, JUAN VERGARA, and VICTORINO VENANCIO LOPEZ transported a load of stolen household products to a warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

4

(g)    On or about November 6 and 7, 1999, the defendants YOSMANY NUNEZ, JUAN VERGARA, and VICTORINO VENANCIO LOPEZ moved a load of stolen household products into a warehouse located at 3637 N W. 19th Street, Fort Lauderdale.

 ·(h)    On or about November 8, 1999, the defendants YOSMANY NUNEZ arid ISMAEL ENG, a/k/a "Chino" participated in abandoning the tractor trailer which had contained the load of stolen household products.

(i)    On or about November 17, 1999, the defendant ADRIANO MARTINEZ participated in removing the load of stolen household products from the warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

(j)    On or about November 17, 1999, the defendants FRANCISCO ORTEGA, a/k/a "Frank" and GUILLERMO REYES, a/k/a "Billy" received a portion of the load of stolen household products.

(k)    On or about December 2, 1999, the defendant ADRIANO MARTINEZ transported a load of stolen Crayola Crayons from a warehouse located at 3637 N.W. 19th Street, Fort Lauderdale, Florida.

(l) On or about December 2, 1999, defendants ADRIANO MARTINEZ, YOSMANY NUNEZ, and JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" met at the D'Neme Imports warehouse at 1773 NW 21st Street in Miami, Florida.

(m)    On or about December 2, 1999, the defendants JOSE ENRIQUE SANCHEZ, a/k/a "Ricky" and ISMAEL ENG, a/k/a "Chino" sold the load of stolen Crayola Crayons.

All in violation of Title 18, United States Code, Section 371.

5

## COUNT II

From on or about October 14, 1999 through on or about November 2, 1999, in the

Southern District of Florida and elsewhere, the defendants,

PABLO ANAYA,
EDUARDO VILAHO RODRIGUEZ,
JOSE ALBERTO MENDEZ,
a/k/a "Albertico,"
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
LASANDRO PEREZ,
ADRIANO MARTINEZ,
ISMAEL ENG,
a/k/a "Chino,"and
JOSE ENRIQUE SANCHEZ,
a/k/a "Ricky,"

did knowingly and willfully receive and possess stolen goods and chattels of a value in excess of

$1,000, that is, Cannon toner cartridges, which had been stolen from a motor truck and storage

facility while said goods and chattels were moving as and were a part of an interstate shipment of

freight, in violation of Title 18, United States Code, Sections 659 and 2.

## COUNT III

From on or about November 6, 1999 through on or about November 18, 1999, in the

Southern District of Florida, and elsewhere, the defendants,

YOSMANY NUNEZ,
JUAN VERGARA,
VICTORINO VENANCIO LOPEZ,
ISMAEL ENG
a/k/a "Chino,"
ADRIANO MARTINEZ,
FRANCISCO ORTEGA,
a/k/a "Frank," and
GUILLERMO REYES,
a/k/a "Billy,"

6

did knowingly and willfully receive and possess stolen goods and chattels of a value in excess of

$1,000, that is, household products, which had been stolen from a motor truck and storage facility

while said goods and chattels were moving as and were part of an interstate shipment of freight; in

violation of Title 18, United States Code, Sections 659 and 2.

## COUNT IV

From on or about November 25, 1999 through on or about December 3, 1999, in

Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the

defendants,

> JOSE ENRIQUE SANCHEZ,
> a/k/a "Ricky,"
> ADRIANO MARTINEZ,
> YOSMANY NUNEZ, and
> ISMAEL ENG,
> a/k/a "Chino,"

did knowingly receive and possess stolen goods and chattels of value in excess of $1,000, that is,

Crayola Crayons, which had been stolen from a motor truck and storage facility while said goods

and chattels were moving as were a part of an interstate shipment of freight; in violation of Title

18, United States Code, Sections 659 and 2.

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

v.                                    **CERTIFICATE OF TRIAL ATTORNEY\***

PABLO ANAYA et al_____                **Superseding Case Information**:

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL    ___ WPB ___ FTP

New Defendant(s)         Yes ___    No ___
Number of New Defendants   _____
Total number of counts      __ __    .

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No) _Yes_____
    List language and/or dialect    _Spanish_____

4.  This case will take __10__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | __X__ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __x__ |
| V | 61 days and over | _____ | | |

6.  Has this case been previously filed in this District Court? (Yes or No) NO___
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO_____
If yes:
Magistrate Case No.    _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No) _____NO_____
7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

8.  Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

_Donald F Chase II_
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077

\*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: __PABLO ANAYA_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property _____

18 U.S.C. §371 _____

*Max Penalty: 5 years' imprisonment; $250,000 fine. _____

Counts # 2:

Theft of Interstate Shipment of Property _____

18 U.S.C. §659 _____ __

*Max Penalty: 10 years' imprisonment; $250,000 fine. _____

Count #:

Count #:

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name:  __EDUARDO VILAHO RODRIGUEZ__ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property _____

18 U.S.C. §371 _____

*Max Penalty: 5 years' imprisonment; $250,000 fine. _____

_____


Counts # 2:

Theft of Interstate Shipment of Property _____

18 U.S.C. §659 _____

*Max Penalty: 10 years' imprisonment; $250,000 fine. _____


Count #:

_____

_____

_____

Count #:

_____

*Max Penalty: _____

_____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**
REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: __JOSE ALBERTO MENDEZ____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property _____

18 U.S.C. §371 _____

*Max Penalty: 5 years' imprisonment; $250,000 fine. _____


Counts # 2:

Theft of Interstate Shipment of Property _____

18 U.S.C. §659 _____

*Max Penalty: 10 years' imprisonment; $250,000 fine. _____


Count #:

_____
_____
_____

Count #:

_____

*Max Penalty: _____

_____

**Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name:  __DIORKI MEDINA_____  No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____  _____

Counts # 2:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____  _

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

Count #:

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**____

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __RAMON VILLARES_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____

Counts # 2:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

Count #:

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __ALDO FERNANDEZ_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____

Counts # 2:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

Count #:

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: __LASANDRO PEREZ_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____


Counts # 2:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____


Count #:

_____

_____

Count #:

_____

*Max Penalty:_____

_____

**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: __YOSMANY NUNEZ_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____


Counts # 3:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____


Count #: 4
Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____


Count #:

*Max Penalty:_____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: ___JUAN VERGARA_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____

_____

Counts # 3:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

_____

_____

Count #:

_____

*Max Penalty:_____

_____

**Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: ___VICTORINO VENACIO LOPEZ___ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property _____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____


Counts # 3:

Theft of Interstate Shipment of Property _____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____


Count #:


Count #:

*Max Penalty:_____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __FRANCISCO ORTEGA_____ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____

Counts # 3:

Theft of Interstate Shipment of Property_____

18 U.S.C §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

Count #:

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: <u>GUILLERMO REYES</u>          No.:_____

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. § 371

*Max Penalty: 5 years' imprisonment; $250,000 fine

Count #3:

Theft of Interstate & Foreign Shipment of Freight

18 U.S.C. §§ 659; 2

*Max Penalty: 10 years' imprisonment; $250,000 fine

Count #:

_____

*Max Penalty: _____

Count #:

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ADRIANO MARTINEZ           No.:_____

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight _____

18 U.S.C. § 371 _____

*Max Penalty: 5 years' imprisonment; $250,000 fine _____


Count #2, 3, 4:

Theft of Interstate & Foreign Shipment of Freight _____

18 U.S.C. §§ 659; 2 _____

*Max Penalty: 10 years' imprisonment; $250,000 fine _____

Count #:

_____

_____

*Max Penalty: _____

Count #:

_____

_____

*Max Penalty: _____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be
applicable.**

REV 12·12·96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __ISMAEL ENG__                No.:_____

Count #1:

Conspiracy to commit Theft of Interstate & Foreign Shipment of Freight_____

18 U.S.C. § 371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine_____


Count #2, 3, 4:

Theft of Interstate & Foreign Shipment of Freight_____

18 U.S.C. §§ 659; 2_____

*Max Penalty: 10 years' imprisonment; $250,000 fine_____

Count #:

_____

*Max Penalty:_____

Count #:

_____

*Max Penalty:_____


**\*Refers only to possible term of incarceration, does not include possible fines,
restitution, special assessments, parole terms or forfeitures that may be
applicable.**

REV. 12/12/95

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __JOSE ENRIQUE SANCHEZ___ No.:_____

Counts # 1:
Conspiracy to Commit Theft of Interstate Shipment of Property_____

18 U.S.C. §371_____

*Max Penalty: 5 years' imprisonment; $250,000 fine._____

Counts # 2:

Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #: 4
Theft of Interstate Shipment of Property_____

18 U.S.C. §659_____

*Max Penalty: 10 years' imprisonment; $250,000 fine._____

Count #:

*Max Penalty:_____

**\*Refers only to possible term of incarceration, does not include possible fines,**
**restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96