UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

Aldo Fernandez

Defendant

CASE NO. ~~876-MM-93CTE~~
OC-6360 en WPD

REPORT COMMENCING CRIMINAL ACTION
66772-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12/22/00 0500

2. Spoken language: Spanish

3. Offense(s) charged: Conspiracy, IFSP, Aiding/Abetting

4. U.S. Citizen ☐ YES ☒ NO ☐ UNKNOWN

5. Date of birth: 04/30/70

6. Type of charging document: (Check One)
   ☒ INDICTMENT   ☐ COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. CC-6360    CASE NO. _____
   DISTRICT: _____ (Where warrant or complaint is filed.)
   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
   ☐ PROBATION VIOLATION WARRANT
   ☐ PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: ☐ YES ☐ NO
   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 12/22/00

9. SA Brian T. Hunley/Det. N. Morales
   ARRESTING OFFICER

10. AGENCY: _____

11. (305) 471-3435
    PHONE NO.

AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

__SOUTHERN__    DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALDO FERNANDEZ

**WARRANT FOR ARREST**

TO: The United States Marshal
and any Authorized United States Officer

CASE NUMBER:
00-6360
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___ALDO FERNANDEZ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above defendant at

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
Southern District of Florida
By _____ Deputy Clerk
Date

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL