## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by JAN - 4 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

DEFT: ALDO FERNANDEZ (J)   CASE NO: 00-6360-CR-DIMITROULEAS

AUSA: DON CHASE /pls   ATTY: ARNALDO SURI, ESQ. /pls

AGENT:   VIOL:

PROCEEDING: ARRAIGNMENT / Bond hrg   RECOMMENDED BOND: 100,000 PSB / OR 100,000 10% w/Nebbia

BOND HEARING HELD - yes (no)   COUNSEL APPOINTED:

BOND SET @: 15,000  10%
100,000 PSB
To be cosigned by: wife + father-in-law
by 4:30 pm on 1-5-01

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed / or ___ x's a week/month by phone, ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

(Circle One)
Interpreter Requested
No Interpreter
Not Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | BSS | |

DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE #01- 001   Begin: 3025   End: 3636

49/01