REC'D by _____ D.C.
DKTG

JAN 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ___
JAN - 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

ALDO FERNANDEZ

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _____
                              _____
                     Telephone: _____

DEFENSE COUNSEL:     Name:      ARNALDO SURI, ESQ.
                     Address: _____
                              _____
                     Telephone: _____

BOND SET/CONTINUED:  $ 15,000/C/6 / 100,000 PSB

Bond hearing held: yes  STI / no ___  Bond hearing set for _____

Dated this  4TH  day of  JANUARY , 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
      Deputy Clerk

Tape No. / 01- 001

cc: Copy for Judge
    U. S. Attorney

56/89