# United States District Court

_____SOUTHERN_____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALDO FERNANDEZ

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**
**00-6360**
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ___ALDO FERNANDEZ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

_Signature_
Signature of Issuing Officer

Bail fixed at $100,000 CSB with it bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED  12/19/00 | NAME AND TITLE OF ARRESTING OFFICER  James A. Tassone  United States Marshal  Southern District of Florida | SIGNATURE OF ARRESTING OFFICER  Edward Purchase, SDUSM |
| DATE OF ARREST  12/22/00 | | |