**CRIMINAL MINUTES**

FILED by ___ D.C.
APR 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-CR-WPD    DATE: April 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Aldo Fernandez

U.S. ATTORNEY: Un Chase    DEFT. COUNSEL: Arnaldo Suri

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 2. Gvt agrees to dismiss Count 1 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 6/22    TIME: 130    FOR: Sentencing

MISC: written plea agreement filed.