UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 00-6360-CR- |
| ) | Dimitrouleus |
| ) | |
| vs. ) | |
| ) | |
| ALDO FERNANDEZ ) | |
| ) | |
| _____ ) | |

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, ALDO FERNANDEZ, through undersigned counsel and files his objections to the presentence investigation report:

1. The Defendant objects to paragraph 45 of the PSI which increases by two levels the Defendant's offense level "for more than minimal planning" pursuant to section 2B1.1(b)(4)(A). In the instant case, the Defendant was hired solely to unload the stolen Cannon cartridges. In no way did he participate in the planning of the theft. Under section 1B1.1 application note (f) more than minimal planning is described as normally involving repeated instances of theft. The Defendant's role was limited to the theft of the Cannon cartridges and he had no involvement in the Crayola Crayons theft or household products theft and as such his limited involvement does not satisfy the requirements for a two level increase.

2. The Defendant respectfully objects to paragraph 47 which does not grant him a reduction for minimal or minor role in the offense. As outlined in paragraph 1 the Defendant's role was as a mere unloader and qualifies him for a 4 point reduction as a minimal participant.

3. The Defendant moves for a downward departure in that the amount of value of the stolen goods attributed to him (more than $ 200,000.00 but less than $ 350,000.00) overrepresents his culpability in the criminal conduct. The Defendant was to receive $ 1,000.00 for his activity. Although he does



not contest the amount of the stolen cartridges, the ten level increase for amount in this case does overstate his specific criminal conduct and a downward departure is appropriate.

4. Accordingly the Defendant respectfully submits that the total offense level in paragraph 52 should be 7, with a guideline range of 0 to 6 months.

Respectfully submitted,

ARNALDO J. SURI
ATTORNEY AT LAW
9745 SW 77 Street
Miami, Florida 33173
(305) 245-5665

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing objections to PSI report was mailed and faxed to Maria Monge, U.S. Probation Officer, 300 NE 4 Street, Suite 315, Miami, Florida 33132 and Donald Chase, AUSA, 500 East Broward Blvd., Ft. Lauderdale, Florida 33301 on this 31st day of May, 2001.

By: ARNALDO J. SURI
Florida Bar No. 445088