**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-Cr-WPD    DATE: June 22, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Norris Weisberg    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Aldo Fernandez

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Ornaldo San

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
5 months BOP, 3 years supervised release with the special condition that the first 5 months are to be spent in home confinement. No fine. $174,935.90 joint & several liability. $100.00 assessment.
Court recommends designation to SO/FL facility.
Deft Remanded to Custody

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.