USDC FLSD 245B (Rev. 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ALDO FERNANDEZ | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **00-6360-CR-WPD**<br>Counsel For Defendant: **Arnaldo Suri, Esq.**<br>Counsel For The United States: **Donald Chase, AUSA**<br>Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

- [x] pleaded guilty to count(s) TWO
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] Was found guilty on count(s) _____ after a plea of not guilty

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC § 659 | Receiving and Possessing Stolen Goods Valued in Excess of $1,000 From Interstate Or Foreign Shipment of Freight | 11/2/1999 | TWO |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s)
- [x] Count(s)  ONE  (Is) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **4/30/1970**
Defendant's USM Number: **66772-004**

Defendant's Residence Address:
973 West 77th Street

Hialeah, FL 33014

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street
Miami, FL 33132

June 22, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: _____

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: _____
Date: _____ Deputy Clerk

DEFENDANT: **FERNANDEZ, ALDO**
CASE NUMBER: **00-6360-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Five (5) Months.

- [X] **The Court makes the following recommendations to the Bureau of Prisons:** designation to the Southern District of Florida.

- [X] **The defendant is remanded to the custody of the United States Marshal.**

- [ ] The defendant shall surrender to the United States Marshal for this district.

    - [ ] At         A.m. / p.m. on
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    - [ ] Before 2:00 p.m. on
    - [ ] as notified by the United States Marshal.
    - [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on **07·06·2001** To **FDC-Miami**

at **33 NE 4th St**, with a certified copy of this judgment.
**Miami, Fl.**

Monica S. Wetzel, Warden
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal