UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | )<br>)<br>) | Case No. 00-6360-CR-Dimitrouleas |
| v. | )<br>) | MOTION FOR DISBURSEMENT OF BOND |
| ALDO FERNANDEZ<br>Defendant | )<br>)<br>) | |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Yerlyn Perez in the amount of $1,500.00 plus any accrued interest be refunded to:

Yerlyn, Perez, 973 West 77th Street, Hialeah, Florida
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

**(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)**

_____
(Petitioner or Attorney)

Consented to by:
_____, Assistant U.S. Attorney

ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Ft Laud, Florida, this 7 day of September, 2001/

_____
UNITED STATES DISTRICT JUDGE

c:   U.S. Attorney
     Petitioner/Counsel of Record
     Financial Deputy Clerk (w/original W-8 or W-9)

| Form **W-9** | Request for Taxpayer | Give form to the |
|---|---|---|
| (Rev. November 1999) | Identification Number and Certification | requester. Do NOT send to the IRS. |
| Department of the Treasury Internal Revenue Service | | |

Please print or type

Name (If a joint account or you changed your name, see Specific Instructions on page 2.)
**Yerlyn Perez**

Business name, if different from above. (See Specific Instructions on page 2.)

Check appropriate box: ☒ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ▶ ............

Address (number, street, and apt. or suite no.)
**973 W 77 St**

Requester's name and address (optional)

City, state, and ZIP code
**Hialeah, Fla. 33014**

### Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, if you are a resident alien OR a sole proprietor, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 2.

Social security number: **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**

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Employer identification number: _ _ - _ _ _ _ _ _ _

List account number(s) here (optional)

### Part II — For Payees Exempt From Backup Withholding (See the instructions on page 2.)

▶

### Part III — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 2.)

Sign Here  Signature ▶ **[signature]**    Date ▶ **7/9/01**

**Purpose of form.** A person who is required to file an information return with the IRS must get your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9, if you are a U.S. person (including a resident alien), to give your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are an exempt payee.

If you are a foreign person, IRS prefers you use a Form W-8 (certificate of foreign status). After December 31, 2000, foreign persons must use an appropriate Form W-8.

**Note:** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**What is backup withholding?** Persons making certain payments to you must withhold and pay to the IRS 31% of such payments under certain conditions. This is called "backup withholding." Payments that may be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, payments you receive will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or
2. You do not certify your TIN when required (see the Part III instructions on page 2 for details), or
3. The IRS tells the requester that you furnished an incorrect TIN, or
4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 3 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

**Penalties**

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

Cat. No. 10231X     Form **W-9** (Rev. 11-99)