UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALDO FERNANDEZ )<br>Defendant )<br>_____ ) | Case No. 00-6360-CR-Dimitrouleas<br><br>MOTION FOR DISBURSEMENT OF BOND |

Comes now the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by **Yerlyn Perez** in the amount of $ **1,500.00** plus any accrued interest be refunded to:

**Yerlyn, Perez, 973 West 77th Street, Hialeah, Florida**
(Payee and Mailing Address for Check)(Notarized assignment required if payee different from person posting bond.)

(The above payee must complete the attached Internal Revenue Service Form W-9 or if the payee is a nonresident alien individual, they must request from the Financial Section and complete Form W-8.)

_____
(Petitioner or Attorney)

Consented to by:
_____, Assistant U.S. Attorney

## ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court forthwith make the above-mentioned disbursement.

DONE AND ORDERED at _____, Florida, this ____ day of
_____, 200_/

_____
UNITED STATES DISTRICT JUDGE

c: U.S. Attorney
Petitioner/Counsel of Record
Financial Deputy Clerk (w/original W-8 or W-9)