

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6360-CR-DIMITROULEAS

     Plaintiff,

vs.

JOSE ALBERTO MENDEZ,
PABLO ANAYA,
DIORKI MEDINA,
RAMON VILLARES,
ALDO FERNANDEZ,
LASANDRO PEREZ and
ADRIANO MARTINEZ,

     Defendants.

_____

**O R D E R**

THIS CAUSE having been heard upon Defendant Jose Mendez's March 29, 2004 Agreed

Motion to Correct [DE-391] and the Court having considered the Government's April 8, 2004

Motion to Correct Judgments [DE-395] and the Court having reviewed the Court file, the Agreed

Motion to Correct [DE-391] and the Motion to Correct [DE-395] are Granted.  The restitution

amount as to Count II is changed from $174,435.40 to $96,480.60, joint and several liability, as

to each Defendant.  Amended Judgments and sentences will be filed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Donald Chase, AUSA
Juan De Jesus Gonzalez, Esquire
Leonard P. Fenn, Esquire
Alberto F. Sarasua, Esquire
Rene Palomino, Esquire
Arnaldo Suri, Esquire
Richard Moore, Esquire
Stephen Golembe, Esquire